**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

AEF

FILED
JANUARY 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 676

In the Matter of                                               Case Number:

Rick Allen,
    Plaintiff,
  v.
Inv. K. Ellis #248, Inv. Smith #371, and Inv. Jones #454,
    Defendants.

JUDGE KENDALL
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rick Allen

| | |
|---|---|
| NAME (Type or print) | |
| Shehnaz I. Mansuri | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ /s/ Shehnaz I. Mansuri | |
| FIRM | |
| GREGORY E. KULIS & ASSOCIATES, LTD. | |
| STREET ADDRESS | |
| 30 N. LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256339 | 312-580-1830 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐