UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rick Allen
                Plaintiff,

v.                                                     Case No.: 1:08–cv–00676
                                                     Honorable Virginia M. Kendall

K. Inv. Ellis, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

       MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held. Fact discovery ordered closed 8/8/2008. Expert discovery ordered closed 9/8/2008. Dispositive motions with supporting memoranda due 10/6/2008; responses due 11/3/2008; replies due 11/17/2008. Status hearing set for 8/11/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.