UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICK ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 676 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| INV. K. ELLIS #248, INV. SMITH #371 | ) | |
| And INV. JONES # 454, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ELECTRONIC FILING**

**To:** **David S. Lipshultz**
**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**

PLEASE TAKE NOTICE that on this 14th Day of April 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, ***Defendants' Answer to Plaintiff's Complaint***, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By: */s/Sarah M. Burke*
Sarah M. Burke
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

**CERTIFICATE OF SERVICE**

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on April 14, 2008.

*/s/Sarah M. Burke*
Sarah M. Burke
Assistant State's Attorney