UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICK ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 676 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| INV. K. ELLIS #248, INV. SMITH #371, | ) | Magistrate Judge Cox |
| and INV. JONES #454, individually, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

### NOTICE OF FILING

To:   Sarah M. Burke
      Cook County State's Attorney's Office
      500 Richard J. Daley Center
      Chicago, IL 60602

PLEASE TAKE NOTICE that on this 15th day of April 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **WAIVERS OF SERVICE OF SUMMONS.**

                           /s/ David S. Lipschultz
                           GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of April 2008, I, DAVID S. LIPSCHULTZ, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

                           /s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830