UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICK ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 676 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| INV. K. ELLIS #248, INV. SMITH #371 | ) | |
| And INV. JONES # 454, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:** David S. Lipshultz
Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on AUGUST 18, 2008 at 9:00 a.m., I shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her in Room 2319 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *THE PARTIES MOTION TO EXTEND DISCOVERY*

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County
By:    */s/Sarah M. Burke*
Sarah M. Burke
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

### CERTIFICATE OF SERVICE

I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on August 6, 2008.

*/s/Sarah M. Burke*
Sarah M. Burke
Assistant State's Attorney