UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Rick Allen
                         Plaintiff,

v.                                                    Case No.: 1:08–cv–00676
                                                     Honorable Virginia M. Kendall

K. Inv. Ellis, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Defendants' motion for extension of time to complete discovery [19] is granted. All fact discovery shall be completed by 10/10/2008. All expert discovery shall be completed by 11/10/2008. Dispositive motions with supporting memoranda are to be filed by 12/8/2008. Responses are to be filed by 1/14/2009. Replies due by 1/28/2009. Court will rule by mail. Status hearing date of 8/18/2008 is reset for 10/22/2008 at 09:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.